# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RAYMOND C. HARRIS                                                        PLAINTIFF

v.                          NO: 4:18CV0064 JLH

DAVID REYNOLDS, *et al.*                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 29th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE